IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>CHARLIE DIAZ-RIVERA, a/k/a Charlie J. Díaz-Rivera<br>Defendant | CRIMINAL 12-0295CCC |

**ORDER**

Having considered the Report and Recommendation filed on August 15, 2012 (**docket entry 24**) on a Rule 11 proceeding of defendant Charlie Díaz-Rivera held before U.S. Magistrate Judge Camille L. Vélez-Rivé on August 14, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 14, 2012. The **sentencing hearing is set for November 13, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on September 7, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge